IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   JEFFREY STUCKEY            :   CHAPTER 13
                                    :
                                    :
         DEBTOR                     :   Bankruptcy No. 15-14767

ORDER

AND NOW, this 10th day of November, 2016, upon consideration of the Debtors' Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

JEFFREY STUCKEY
1834 S. 55th St.
Philadelphia, PA 19143

All parties on the Matrix