United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14767-jkf
Jeffrey Stuckey                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
```
db         +Jeffrey Stuckey,    1834 S. 55th Street,    Philadelphia, PA 19143-5727
13557961   +American Student AST,    100 Cambridge St,,    Suite 1600,    Boston, MA 02114-2567
13557962    Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13557964   +Collection Company of America,    700 Longwater Drive,    Norwell, MA 02061-1796
13557966   +Credit Acceptance,    PO Box 5070,   Southfield, MI 48086-5070
13557967   +ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
13557968   +Educational Loan Servicing,    PO Box 3176,    Winston Salem, NC 27102-3176
13557970   +HSBC/ Household Finance,    PO Box 3425,    Buffalo, NY 14240-3425
13557976   +National Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
13557977   +P.G.W.,   800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13557979   +PECO Bankruptcy Collections,    2301 Market Street, N3-1,     Philadelphia, PA 19103-1338
13557981  ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274)
13557983   +Verizon,   P.O. Box 8585,    Philadelphia, PA 19173-0001
13557984    Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:35      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:52
              Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:08      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13557959    +E-mail/Text: EBNProcessing@afni.com Jun 23 2017 01:07:58       Afni, Inc.,    PO Box 3247,
              Bloomington, IL 61702-3247
13580870     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2017 01:05:42
              American InfoSource LP as agent for,     T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13557960     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2017 01:05:50      American Infosource,
              as agent for Insolve Recovery,    PO Box 269093,    Oklahoma City, OK 73126-9093
13651964     E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:35      City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13557963     E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:35      City of Philadelphia,
              Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,     Philadelphia, PA 19102-1508
13651899    +E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:36
              CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1640
13557965    +E-mail/Text: bnc@bass-associates.com Jun 23 2017 01:08:50       Collins FInancial Services, Inc.,
              assignee of Citibank,    2101 West Ben White Blvd,    Suite 103,    Austin, TX 78704-7517
13557969    +E-mail/Text: bknotice@erccollections.com Jun 23 2017 01:07:56       Enhanced Recovery Co, LLC,
              8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
13557971     E-mail/Text: cio.bncmail@irs.gov Jun 23 2017 01:07:23       Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13557972     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2017 01:08:01       Jefferson Capital Systems,
              PO Box 7999,   Saint Cloud, MN 56302-9617
13557973    +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2017 01:05:48      LVNV Fuinding, LLC,
              PO Box 10497,    Greenville, SC 29603-0497
13557974     E-mail/Text: camanagement@mtb.com Jun 23 2017 01:07:25      M&T Bank,    PO Box 1288,
              Buffalo, NY 14240
13557975    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 23 2017 01:07:54       Midland Funding, LLC,
              8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13557976    +E-mail/Text: Bankruptcies@nragroup.com Jun 23 2017 01:08:54       National Recovery Agency,
              2491 Paxton St.,    Harrisburg, PA 17111-1036
13594444     E-mail/PDF: pa_dc_litigation@navient.com Jun 23 2017 01:05:32
              Navient Solutions Inc. on behalf of USAF,     Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13557978     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:52      PA Department of Revenue,
              Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13603648    +E-mail/Text: bankruptcygroup@peco-energy.com Jun 23 2017 01:07:25       PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13557982   ++E-mail/PDF: pa_dc_litigation@navient.com Jun 23 2017 01:05:48      USA Funds,    PO Box 6180,
              Indianapolis, IN 46206-6180
13557985    +E-mail/Text: BKRMailOps@weltman.com Jun 23 2017 01:07:57       Weltman, Weinberg & Reis, CO.,
              Frederic Weinberg, Esquire,    325 Chestnut Street, Sutie 501,     Philadelphia, PA 19106-2605
                                                                                              TOTAL: 22
```

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Jun 22, 2017
                              Form ID: pdf900            Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13572745*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court:  M&T BANK,    PO BOX 1288,   Buffalo, NY 14240)
13557980      ##RJM Acquisition, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          ZACHARY PERLICK    on behalf of Debtor Jeffrey  Stuckey Perlick@verizon.net,
           pireland1@verizon.net
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY STUCKEY | Chapter 13 |
| Debtor | Bankruptcy No. 15-14767-JKF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 22, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
JEFFREY STUCKEY

1834 S. 55TH STREET

PHILADELPHIA, PA 19143-